CRESWELL MACLAUGHLIN, Appellant, *v.* ERNEST G. STILLMAN, Respondent.

*Contract — services — action for breach of alleged contract to employ plaintiff for life.*

*MacLaughlin v. Stillman,* 215 App. Div. 720, affirmed.
(Argued September 30, 1926; decided October 19, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 20, 1925, affirming a judgment in favor of defendant entered upon a verdict. The action was to recover for breach of an alleged oral contract whereby defendant agreed to employ plaintiff for life.

*Henry Hirschberg* for appellant.
*Graham Witschief* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Not voting: HISCOCK, Ch. J.